JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELO DAHLIA, | ) | CASE NO. CV 09-08453-MMM(JEMx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT FOR DEFENDANTS |
| CITY OF BURBANK, a municipal corporation; TIM STEHR, individually and as Chief of Police of the Burbank Police Department; OMAR RODRIGUEZ, individually and as a Lieutenant of the Burbank Police Department; JON MURPHY, individually and as a Lieutenant of the Burbank Police Department; EDGAR PENARANDA, individually and as a Sergeant of the Burbank Police Department; JOSE DURAN, individually and as a Sergeant of the Burbank Police Department; CHRIS CANALES,  individually and as a Detective of the Burbank Police Department; DOES 1 THROUGH 10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

On June 18, 2010, the court dismissed plaintiff's First Amendment claim against all defendants except defendant Stehr with prejudice.  On August 7, 2012, the Ninth Circuit reversed

1    the court's denial of Stehr's motion for summary judgment in an opinion holding that Stehr was

2    entitled to qualified immunity on plaintiff's First Amendment claim.  Based on that decision,

3    Stehr, like the remaining defendants, is entitled to have judgment entered in his favor on that

4    claim.  For the reasons stated in the court's June 18, 2010 order, the court declines to exercise

5    supplemental jurisdiction over plaintiff's state law claims.  Accordingly,

6

7              IT IS ORDERED AND ADJUDGED

8         1.   That plaintiff's 42 U.S.C. § 1983 claim alleging a violation of his First Amendment

9              rights is dismissed against all defendants with prejudice;

10        2.   That plaintiff's remaining claims against all defendants are dismissed without

11             prejudice; and

12        3.   That the action be, and it hereby is, dismissed.

13

14   DATED: August 26, 2013

15                                 _____
                                   MARGARET M. MORROW
                                   UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28                                      2